DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:     (916) 447-8600
Fax:           (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
JEFFREY SCOTT DAVIS

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT DAVIS,<br><br>Defendant. | CR.S. No. 2:17-CR-0021 KJM<br><br>**UNOPPOSED MOTION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |

Defendant, JEFFREY SCOTT DAVIS, respectfully requests that the appearance bond be modified to allow for Mr. DAVIS to travel to and remain in Cabo San Lucas, Mexico between June 20, 2018, and June 25, 2018, to attend his son's wedding. This request is being made after consultation Mr. DAVIS's Pretrial Services Officer, STEVE SHEEHAN and the United States.

On February 2, 2017, Mr. DAVIS was indicted on one count of conspiracy to commit mail fraud, and five counts of mail fraud.

On February 7, 2017, Mr. DAVIS voluntarily came to court and surrendered to the agents. He was released the same day on a $25,000 unsecured bond, co-signed by his wife.

- 1 -

| | |
|---|---|
| 1 | The Pretrial Services Agency takes no position on whether this request should be granted; however, Mr. SHEEHAN notes that Mr. DAVIS has done fine on supervision, travels frequently for work, and maintains contact with Mr. Sheehan when he needs to travel. |

The defendant requests that Special Condition of Release number five be modified to add the sentence "You may travel to and remain in Cabo San Lucas, Mexico between June 20, 2018, and June 25, 2018. You shall return to the Eastern District of California no later than June 25, 2018, and shall contact your Pretrial Services Officer upon your return.

The defendant further requests that Special Condition of Release number six be modified to read "You may apply for a passport to allow for travel to Cabo San Lucas, Mexico between June 20, 2018, and June 25, 2018. You may only possess the passport in connection with this travel. You must surrender your passport to the Pretrial Services Agency within one day of its receipt and by the earlier of June 26, 2018, or within one day of your return from Cabo San Lucas, Mexico."

The United States has indicated that it does not oppose this request.

Respectfully submitted,

Dated: January 18, 2018

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
JEFFREY SCOTT DAVIS

**IT IS SO ORDERED**

Dated: January 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE