McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0021 KJM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| JEFFREY DAVIS and GLEN MARTINKA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Jeffrey Davis, by and through his counsel of record, hereby stipulate and jointly request the Court enter the following protective order ("Order"):

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2.  The discovery produced or to be produced by the United States in this case, as well as the discovery that the United States has made available for inspection and copying includes materials that contain a large amount of financial and personal information, as well as proprietary business information (including the names of and information relating to customers and vendors and matters relating to business agreements and arrangements) with respect to one or more victims, third parties, and/or defendants.

3.  The parties and their counsel of record shall not provide or disclose any of the discovery in this case, including the contents thereof, to any person other than their respective defendant; members

of their respective defense team, including attorneys, law clerks, paralegals, secretaries, experts, and investigators; as well as the Court and its staff and personnel, except that, defense counsel may disclose the contents of the discovery to any witness that he/she is interviewing or preparing for trial and may permit such witness to view the discovery in the presence of defense counsel, defense investigators and support staff. The parties agree that defense counsel, defense investigators and support staff shall not allow any witness to copy or otherwise retain any of the discovery or its contents.

4. In addition to the other provisions in this protective order, defense counsel shall not permit the defendant to retain any discovery or the information contained therein that is made available for inspection or produced with Bates label GOV_0817 and higher unless such discovery explicitly on its face relates to the personal or business matters of that respective defendant. Defense counsel may permit the defendant to view such discovery in the presence of defense counsel, defense investigators, and support staff.

5. All discovery produced and made available for inspection and information contained therein may only be used in connection with the litigation of this case and for no other purpose. At the conclusion of the case, defendants will return all discovery, including any copies, to their defense counsel. At the latter of either, the expiration of defense counsel's document retention requirement or the conclusion of the case, including after any appeal or collateral attack, including a motion under 28 U.S.C. §§ 2255 or 2241, is decided, counsel for defendants will either return to the United States all discovery, including any copies provided to the defendant, or certify that it has been shredded or otherwise destroyed.

6. Counsel for defense will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this stipulation and order.

7. If counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), counsel shall provide such recipients with copies of this Order and advise that person that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, that it must be maintained in a secure location, and that an unauthorized use, disclosure, or dissemination of the discovery may constitution a violation of law and/ or contempt of court.

8. In the event that any of the defendants obtain new counsel or additional counsel, current counsel for that defendant will withhold the discovery from new or additional counsel unless and until the new or additional counsel files a stipulation with the Court agreeing to be bound by this Stipulation and Order.

9. Counsel for the defense shall be responsible for advising his or her respective defendant, members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

10. The parties are permitted to copy and prepare transcripts or summaries of the discovery. Any such derivative products of the discovery shall be subject to the terms of this Stipulation and Order, except that, to the extent such summaries or transcripts are considered to be the work produce of any defense counsel, such work product does not need to be returned to the United States at the conclusion of the case but shall remain in the possession of the counsel who asserts work product.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1    11.     Nothing in this Stipulation and Order precludes or prevents any party from using any discovery in furtherance of this case, including seeking to admit any of the documents as evidence at trial or in other hearings, or filing with the Court any documents in relation to any motion or other matter submitted to the Court.  In the event that any party intends to file on the public docket any of the items contained in discovery, that party shall notify all other parties in advance to permit the other parties the opportunity to determine whether they will request the documents be filed under seal. Further, all parties shall ensure that they comply with Rule 49.1 of the Rules of Criminal Procedure and the Court's Local Rules regarding redaction of personally identifiable and other information.

IT IS SO STIPULATED.

Dated:  February 7, 2018                             MCGREGOR W. SCOTT
                                                     United States Attorney

                                               By:   /s/ SHELLEY D. WEGER
                                                     SHELLEY D. WEGER
                                                     Assistant United States Attorney

Dated:  February 7, 2018
                                               By:   /s/ Shelley D. Weger for David Fischer
                                                     DAVID D. FISCHER
                                                     Counsel for Defendant
                                                     Jeffrey Davis

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of February, 2018.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE