DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
JEFFREY SCOTT DAVIS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT DAVIS,<br><br>    Defendant. | CR.S. No. 2:17-CR-0021 KJM<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO CLERK'S OFFICE TO RETURN PASSPORT TO DEFENDANT JEFFREY SCOTT DAVIS** |

On January 19, 2018, the Court granted Defendant JEFFREY SCOTT DAVIS's motion to modify his conditions of release to allow him to obtain a U.S. Passport and travel to Mexico to attend his son's wedding in June 2018. The defendant needs his old passport to submit with his application for a new passport. Defense counsel has verified with the Clerk for the Eastern District of California that it still has possession of Mr. DAVIS's old passport. The defendant seeks a court order directing the Clerk for the Eastern District of California to return Mr. DAVIS's expired U.S. Passport to him, so that he can return it to the State Department along with his application for a new passport.

This motion is unopposed by the United States or by the Pretrial Services Agency.

Respectfully submitted,

Dated: March 2, 2018

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
JEFFREY SCOTT DAVIS

**O R D E R**

The Clerk for the Eastern District of California is ordered to return Jeffrey Scott Davis's U.S. Passport to him.

Dated: March 5, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE