1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6  Attorney for Defendant
7  JEFFREY SCOTT DAVIS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT DAVIS,<br><br>             Defendant. | CR.S. No. 2:17-CR-0021 KJM<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |

Defendant, JEFFREY SCOTT DAVIS, respectfully requests that the appearance bond be modified to allow for Mr. DAVIS to travel to and remain in Windsor, Canada, between August 29, 2018 and September 3, 2018, to attend his nephew's wedding. This is Mr. DAVIS's brother's only child. He is getting married on Saturday, September 2, 2018 in Windsor, Canada. The bride's family is from Canada. Both of Mr. DAVIS's sons will be groomsmen in the wedding party and all of his family is attending, including his parents who are 93 and 88 years old. This request is being made after consultation Mr. DAVIS's Pretrial Services Officer, STEVE SHEEHAN and the United States.

On February 2, 2017, Mr. DAVIS was indicted on one count of conspiracy to commit mail fraud, and five counts of mail fraud.

On February 7, 2017, Mr. DAVIS voluntarily came to court and surrendered to the agents. He was released the same day on a $25,000 unsecured bond, co-signed by his wife.

The Pretrial Services Agency takes no position on whether this request should be granted; however, Mr. SHEEHAN notes that Mr. DAVIS has done fine on supervision, travels frequently for work, and maintains contact with Mr. Sheehan when he needs to travel. Additionally, Mr. DAVIS was recently given permission to travel to Mexico for his son's wedding and he had no issues.

The defendant requests that Special Condition of Release number five be modified to add the sentence "You may travel to and remain in Windsor, Canada between August 29, 2018, and September 3, 2018. You shall return to the Eastern District of California no later than September 3, 2018, and you shall contact your Pretrial Services Officer upon your return.

The defendant further requests that Special Condition of Release number six be modified to read "You may only possess the passport in connection with this travel. You must surrender your passport to the Pretrial Services Agency as directed by the Pretrial Services Agency."

The United States has indicated that it does not oppose this request.

Respectfully submitted,

Dated:  July 18, 2018        /s/ David D. Fischer
                             DAVID D. FISCHER
                             Attorney for Defendant
                             JEFFREY SCOTT DAVIS

**IT IS SO ORDERED**

Dated:  July 18, 2018        _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE