1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
3  5701 Lonetree Blvd Ste 312
   Rocklin, CA 95765
4  Telephone:   (916) 447-8600
   Fax:         (916) 930-6482
5  E-Mail:      david.fischer@fischerlawoffice.com

6  Attorney for Defendant
7  JEFFREY DAVIS

8
9            **IN THE UNITED STATES OF DISTRICT COURT FOR THE**
10                     **EASTERN DISTRICT OF CALIFORNIA**
11

| UNITED STATES OF AMERICA, | CR.S. No. 2:17-CR-0021 KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMOVE JEFFREY DAVIS FROM THE SUPERVISION OF PRETRIAL SERVICES** |
| JEFFREY DAVIS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney SHELLEY WEGER, counsel for plaintiff, and DAVID D. FISCHER, counsel for JEFFREY DAVIS, that with regard to defendant JEFFREY DAVIS only, that his special conditions of release (ECF Doc. No. 14) be modified such that he be removed from the supervision of Pretrial Services.  This request is being made after consultation with and with the consent of Pretrial Services.  Neither the government or the Pretrial Services Agency objects to this request.

The parties request that the court remove the following special conditions of release reflect in ECF Document number 14:

- 1. (You must report to and comply with… the Pretrial Services Agency)

- 3. (You must reside at a location approved by the pretrial services officer and not move or absent yourself form this residence for more than 24 hours without the prior approval of the pretrial services officer;

- 7. (You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You must pay all or part of the costs of counseling services based upon your ability to pay, as determined by the pretrial services officer;

Lastly, the parties request that special condition number 5 be modified to read "You must restrict your travel to domestic travel within the United States of America unless otherwise approved in advance by the Court." This request is being made because Mr. Davis is required to travel domestically for work.

Respectfully submitted,

Dated:   March 29, 2021            /s/ David D. Fischer
                                   DAVID D. FISCHER
                                   Attorney for Defendant
                                   JEFFREY DAVIS

Dated:   March 29, 2021            /s/ David D. Fischer for
                                   SHELLEY WEGER
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED**

Dated:  March 31, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE