HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MIA CRAGER, SBN #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
mia_crager@fd.org

Attorneys for Defendant
GLEN MICHAEL MARTINKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00021-KJM |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| GLEN MICHAEL MARTINKA, | ) Judge: Kimberly J. Mueller |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit F, currently on the docket at ECF No. 137-7, regarding confidential business practices be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

The clerk of court is directed to SEAL No. 137-7. These documents shall remain under seal until further Order of the Court.

Dated: July 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE