PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00021 KJM |
|---|---|
| Plaintiff, | REQUEST FOR PARTIAL REDACTION OF ELECTRONIC TRANSCRIPT PRIOR TO RELEASE TO THE PUBLIC AND ORDER |
| v. | |
| JEFFREY SCOTT DAVIS, and GLEN MICHAEL MARTINKA | |
| Defendants. | |

The United States respectfully moves this Court to seal or redact certain limited portions of the July 18, 2023 evidentiary hearing transcript, ECF No. 152, before its release to the public through the PACER/ECF system in accordance with Local Rule 140(b), Criminal Rule of Procedure 57, and the Eastern District of California Transcript Policy, effective May 15, 2008.

The hearing transcript contains testimony about the contents of the victim corporation's confidential brokerage agreement, including verbatim language that the witness read from the brokerage agreement, and reference to confidential commission rates and total annual commissions that the victim pays to its brokers. This information concerns the victim's confidential business practices and the compensation that the victim pays to its brokers. If this information is released publicly, it could be valuable to the victim's competitors and could harm the victim's standing in the marketplace. The Court has previously ordered the brokerage agreement sealed in filings on the PACER/ECF system because the agreement contains confidential information about the victim's business practices that are

competition sensitive.  *See* ECF No. 145

The Court has discretion to redact and seal court records.  The Ninth Circuit has found that a "compelling reason" to seal court records includes when, as here, the records might be used "as sources of business information that might harm a litigant's competitive standing." *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016); *see also Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978).  In addition, 18 U.S.C. § 3771(a)(8) provides that a crime victim has "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy."  Here, the victim's confidential, competition sensitive information should be protected from public disclosure.

The requested limited, specifically-identified portions for sealing or redacting of the July 18, 2023 evidentiary hearing transcript are set forth in the document that has been provided to the Court and counsel for the defendants.  An unredacted copy of the transcript is also being provided to the Court and counsel for defendants.  If the Court grants this request, when the transcript is released to the public through the PACER/ECF system, the redated version will be the only version made available to the public.  The unredacted version of the transcript will be retained by the Court under seal as part of the record and should be available to the parties if necessary.

Dated:  August 14, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Request for Partial Redaction of the July 18, 2023 hearing transcript prior to release to the public be granted so that the contents of the victim's confidential brokerage agreement are not available on the public docket for the reasons stated in the Government's request.

The court reporter and clerk of the court are directed to file only the redacted version of the July 18, 2023 hearing transcript on the public docket and to SEAL the original unredacted hearing transcript, currently on the docket as ECF No. 152. The sealed unredacted transcript shall be maintained as part of the record and available to the parties in this case. The original transcript shall remain under seal until further Order of the Court.

Dated: August 17, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE